UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM HENNEFER, JAH, JUH, WH, NH, and BIANCA HENNEFER,<br>Plaintiffs,<br><br>vs.<br><br>YUBA COUNTY, CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:22-cv-00389-TLN-KJN<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court, having considered the application of Shanna Hennefer for appointment as guardian *ad litem* for J.A.H, J.U.H, and W.H., minor Plaintiffs in the above-referenced action, and Bianca Hennefer for appointment as guardian *ad litem* for N.H, a minor Plaintiff in the above-referenced action (ECF No. 6), GRANTS Plaintiffs' J.A.H, J.U.H, W.H, and N.H's request.

Accordingly, the Court APPOINTS Shanna Hennefer, the natural mother of Plaintiffs J.A.H, J.U.H, and W.H, as the guardian *ad litem* of Plaintiffs J.A.H, J.U.H, and W.H., for purposes of prosecuting this action.  The Court APPOINTS Bianca Hennefer, the natural mother of Plaintiff N.H, as the guardian *ad litem* of Plaintiff N.H, for purposes of prosecuting this action.

//

//

//

1

IT IS SO ORDERED.

DATE: March 7, 2022

 Troy L. Nunley
United States District Judge