**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants: YUBA COUNTY, YUBA COUNTY SHERIFF'S DEPARTMENT SHERIFF WENDELL ANDERSON, UNDERSHERIFF NICHOLAS MORAWCZNSKI, CAPTAIN JOSEPH MILLION, DEPUTY TENG SAECHAO, DETECTIVE ROGER TARWATER, DETECTIVE NATALIE MULLINS, DETECTIVE JAVIER ZEPEDA, DEPUTY RAYMON ELLIS, DEPUTY TYLER ECK, DEPUTY MILES LEWIS, DEPUTY ANDREW THOMAS, DEPUTY VALENTINO AGUIRRE, DEPUTY DALLAS THORPE, DEPUTY JEREMY BAUMGARDNER, and DEPUTY BRADON MALLOR
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM HENNEFER, JAH, JUH, WH, NH AND BIANCA HENNEFER,<br><br>Plaintiffs,<br><br>v.<br><br>YUBA COUNTY, CALIFORNIA OPERATOR OF THE YUBA COUNTY SHERIFF'S DEPARTMENT SHERIFF WENDELL ANDERSON, UNDERSHERIFF NICHOLAS MORAWCZNSKI, CAPTAIN JOSEPH MILLION, DEPUTY TENG SAECHAO, DETECTIVE ROGER TARWATER, DETECTIVE NATALIE MULLINS, DETECTIVE JAVIER ZEPEDA, DEPUTY RAYMON ELLIS, DEPUTY TYLER ECK, DEPUTY MILES LEWIS, DEPUTY ANDREW THOMAS, DEPUTY VALENTINO AGUIRRE, DEPUTY DALLAS THORPE, DEPUTY JEREMY | CASE NO.  2:22-cv-00389-TLN-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed:  02/27/22 |

BAUMGARDNER, DEPUTY BRADON MALLORY AND DOES 1-15,

        Defendants.

_____/

**Whereas**, the parties are in the process of determining the procedure for service of summons on the sixteen named Defendants (Yuba County and fifteen individuals) and an extension is necessary in an effort to avoid the duplicity of multiple responses to the Complaint; and

**Whereas**, Plaintiffs have agreed to extend the time to answer or otherwise respond to the Complaint;

**Whereas**, Defendants have agreed to confer with Plaintiffs about the calendaring and briefing schedule for any FRCP 12(b)(6) motion or motion to strike that they may file.

**Now therefore**, it is HEREBY STIPULATED and agreed by and between Plaintiffs ESTATE OF WILLIAM HENNEFER, JAH, JUH, WH, NH AND BIANCA HENNEFER, and Defendants YUBA COUNTY, YUBA COUNTY SHERIFF'S DEPARTMENT SHERIFF WENDELL ANDERSON, UNDERSHERIFF NICHOLAS MORAWCZNSKI, CAPTAIN JOSEPH MILLION, DEPUTY TENG SAECHAO, DETECTIVE ROGER TARWATER, DETECTIVE NATALIE MULLINS, DETECTIVE JAVIER ZEPEDA, DEPUTY RAYMON ELLIS, DEPUTY TYLER ECK, DEPUTY MILES LEWIS, DEPUTY ANDREW THOMAS, DEPUTY VALENTINO AGUIRRE, DEPUTY DALLAS THORPE, DEPUTY JEREMY BAUMGARDNER, and DEPUTY BRADON MALLOR, through their respective counsel, that the time for Defendants to respond to the Complaint shall be extended May 2, 2022.

Respectfully submitted,

Dated:  March 29, 2022		PORTER SCOTT
					A PROFESSIONAL CORPORATION


					By	/s/Carl L. Fessenden
						Carl L Fessenden
						Matthew W. Gross
						Attorneys for Defendants


Dated: March 29, 2022			LAW OFFICES OF PATRICK H. DWYER


					By	/s/Patrick H. Dwyer (authorized 03/28/2022)
						Patrick H. Dwyer
						Attorney for Plaintiffs

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an extension of time to answer or otherwise respond to the Complaint and finding good cause therefore, hereby ORDERS:

1. That the date for filing an answer or otherwise responding to the Complaint be extended to May 2, 2022; and

2. The parties shall meet & confer regarding the calendaring of any FRCP 12(b)(6) or motion to strike before any such motion is filed.

**IT IS SO ORDERED.**

Dated: March 29, 2022

Troy L. Nunley
United States District Judge