Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs Estate of William Hennefer,
JAH, JUH, WH, NH, and Bianca Hennefer

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM HENNEFER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>YUBA COUNTY, CALIFORNIA, et al.,<br><br>    Defendants | Case No. 2:22-cv-00389-TLN-CSK<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>The Honorable Troy L. Nunley |

**Whereas**, Plaintiff filed a Motion for Leave to File a Second Amended Complaint on July 19, 2024 ("Motion")(ECF 43); and

**Whereas**, Plaintiffs and Defendants thereafter met and conferred about the Motion and Plaintiffs agreed to also dismiss Deputy Javier Zepeda as an individual defendant in the Second Amended Complaint and Defendants agreed to file a non-opposition to the Motion;

**Whereas**, Defendants filed a Statement of Non-Opposition to the Motion on August 2, 2024 (ECF 44); and

**Whereas**, the Court has taken the Motion under submission, vacated the hearing, and suggested that a stipulation to Motion would shorten the time for an order granting leave to file the Second Amended Complaint (ECF 45).

**Now therefore**, the parties hereby submit the following **Stipulation and Proposed Order** Granting Plaintiffs Leave to file the Second Amended Complaint.

Date: August 7, 2024                                  Respectfully Submitted,


By:   /s/ Patrick H. Dwyer
Patrick H. Dwyer, Attorney for Plaintiffs
Estate of Estate of William Hennefer, JAH, JUH, WH, NH, and Bianca Hennefer


Dated: August 7, 2024                                  PORTER SCOTT
                                                      A PROFESSIONAL CORPORATION

By  /s/ Matthew W. Gross
        Carl L. Fessenden
        Matthew W. Gross
        Attorneys for Defendants

**STIPULATION FOR ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT**

# ORDER

The Court, having reviewed the Stipulation of all parties to the filing of the proposed Second Amended Complaint as described in Plaintiffs' Motion (ECF43), with the additional dismissal of Deputy Javier Zepeda as an individual defendant, and finding good cause therefore, hereby:

1. Grants Plaintiffs' Motion For Leave to File a Second Amended Complaint, said complaint to be filed within fifteen days of the date of this Order.

**It is So Ordered.**

Date: August 7, 2024

Troy L. Nunley
United States District Judge