Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs Estate of William Hennefer,
JAH, JUH, WH, NH, and Bianca Hennefer

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM HENNEFER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YUBA COUNTY, CALIFORNIA, et al., <br><br> Defendants | Case No. 2:22-cv-00389-TLN-CSK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF THE COURT'S PRE-TRIAL SCHEDULING ORDER DEADLINE FOR EXPERT DISCOVERY** <br><br> First Amended Complaint <br> Filed July 21, 2023 |

**Whereas**, the Court's Pretrial Scheduling Order (ECF 42) has set a cutoff date of November 4, 2024 for Expert Discovery;

**Whereas**, the parties will have completed all expert witness disclosure and discovery by November 4, 2024, except for two of Plaintiffs' expert witnesses who are not available for deposition until November 6, 2024 and December 3, 2024.

///

1  **Whereas**, the parties agree that the extension of time for Expert Discovery to December 4, 2024 to allow for the taking of this last expert deposition will not have any impact on the remaining dates in the Court's Pretrial Scheduling Order.

**Now therefore**, the parties hereby Stipulate to an extension of the Expert Discovery cutoff date from November 4, 2024 to December 4, 2024.

Date: October 30, 2024                             Respectfully Submitted,


By:     /s/ Patrick H. Dwyer
        Patrick H. Dwyer, Attorney for Plaintiffs
        Estate of Estate of William Hennefer, JAH,
        JUH, WH, NH, and Bianca Hennefer


Dated: October 30, 2024                            PORTER SCOTT
                                                   A PROFESSIONAL CORPORATION


                                                   By  /s/ Matthew W. Gross
                                                        Carl L. Fessenden
                                                        Matthew W. Gross
                                                        Attorneys for Defendants

# ORDER

The Court, having reviewed the Stipulation of all parties to an extension of the Expert Discovery period from November 4, 2024 to December 4, 2024, for the sole purpose of taking the deposition of an expert witness that is unavailable for deposition until December 3, 2024, and finding good cause therefore, hereby Orders that:

1. The Expert Discovery Cutoff shall be extended to December 4, 2024, for the sole purpose of taking the deposition of the expert who is unavailable until December 3, 2024, for his deposition.

**It is So Ordered.**

DATED: October 30, 2024

_____
Troy L. Nunley
Chief United States District Judge