Patrick H. Dwyer, SBN 137743
P.O. Box 1705, Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiffs Estate of William Hennefer,
JAH, JUH, WH, NH, and Bianca Hennefer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM HENNEFER, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>YUBA COUNTY, CALIFORNIA, et al.,<br><br>  Defendants | Case No. 2:22-cv-00389-TLN-CSK<br><br>**STIPULATION AND ORDER FOR DATES FOR OPPOSITION AND REPLY TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>First Amended Complaint<br>Filed July 21, 2023 |

**Whereas**, the Court's Pretrial Scheduling Order (ECF 42) has set a cutoff date of January 23, 2025, for the filing of dispositive motions;

**Whereas**, the parties have met and conferred about dispositive motions and only Defendants will be filing a motion for summary judgment;

**Whereas**, the parties have also met and conferred about dates for opposition, reply and hearing for a motion for summary judgment, the parties have agreed upon dates for opposition, reply, and hearing therefor.

**Now therefore**, the parties hereby Stipulate to the following dates concerning Defendants' intended motion for summary judgment:

Defendants' MSJ: due on January 23, 2025;

Plaintiffs' Opposition: due on February 20, 2025

Defendants' Reply: due on  March 6, 2025

Hearing Date for Motion for Summary Judgment: April 17, 2025

.

Date:  January 6, 2025                Respectfully Submitted,


By:     /s/ Patrick H. Dwyer
        Patrick H. Dwyer, Attorney for Plaintiffs
        Estate of Estate of William Hennefer, JAH,
        JUH, WH, NH, and Bianca Hennefer


Dated:  January 6, 2025                    PORTER SCOTT
                                      A PROFESSIONAL CORPORATION


By   /s/ Matthew W. Gross
        Carl L. Fessenden
        Matthew W. Gross
        Attorneys for Defendants

**STIPULATION FOR DATES FOR FILING, OPPOSING, AND HEARING DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

# ORDER

The Court, having reviewed the Stipulation of all parties to a schedule for the filing, opposition, reply and hearing of a defense motion for summary judgment, and finding good cause therefore, hereby Orders that:

1. Defendants' motion for summary judgment will be due on January 23, 2025;

2. Plaintiffs' Opposition will be due on February 20, 2025;

3. Defendants Reply will be due on March 6, 2025;

4. The Hearing on the Defendants' motion for summary judgment will be April 17, 2025.

**It is So Ordered.**

Date: January 6, 2025

_____
Troy L. Nunley
Chief United States District Judge